SIDNEY H. JOFFE, PLAINTIFF-RESPONDENT, v.
GUSSIE JOFFE, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. Walter H. Jones,* for the petitioner.

*Mr. J. Mortimer Rubenstein,* for the respondent.

May 31, 1966. Granted.

ANTHONY MARINI, PLAINTIFF-PETITIONER, v.
WILLIAM HOLSTER, *ET AL.*, DEFENDANTS-RESPONDENTS.

On petition for certification to Appellate Division, Superior Court.

See same case below: 91 *N. J. Super.* 4.

*Messrs. Dughi, Johnstone & O'Dwyer,* for the petitioner.

*Messrs. Greenburg, Wilensky & Feinberg; Mr. Sam Monchak;* and *Mr. Frank A. Carlet,* for the respondents.

May 31, 1966. Granted.

JACK LIEBERMAN, PLAINTIFF-RESPONDENT, v.
IRIS CHESNER, *ET AL.*, DEFENDANT-PETITIONER.

On petition for certification to Appellate Division, Superior Court.

*Mr. A. King Braelow* and *Mr. J. Mortimer Rubenstein,* for the petitioner.

*Messrs. Milton M. & Adrian M. Unger* and *Mr. Stephen A. Gilbert,* for the respondent.

May 31, 1966. Denied.